Joel E. Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail: tasca@ballardspahr.com
E-mail: demareel@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, National Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NANCY B. DOMURET,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | CASE NO. 2:17-CV-00734-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant JPMorgan Chase Bank, National Association's ("Chase") response to plaintiff Nancy Domuret's complaint currently is due on April 12, 2017. Chase has requested, and Plaintiff has agreed, that Chase has up to and including April 28, 2017 to respond to the complaint, to provide time for the parties to investigate Plaintiff's allegations and the possibility of an early resolution of the claims asserted against Chase.

/ / /

/ / /

/ / /

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

DATED this 12th day of April, 2017.

| | |
|---|---|
| BALLARD SPAHR LLP | HAINES & KRIEGER |
| By: /s/ Lindsay Demaree<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant JPMorgan Chase Bank, National Association* | By: /s/ David Krieger<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 South Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br><br>*Attorney for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 13, 2017

2