# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NANCY B. DOMURET,

             Plaintiff(s),

v.

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, et al.,

             Defendant(s).

Case No. 2:17-cv-00734-JCM-NJK

**ORDER**

     On April 12, 2017, Plaintiff filed a notice of settlement with Equifax. Docket No. 5. No later than July 6, 2017, the parties shall file dismissal papers or a joint status report with respect to Equifax.

     On May 31, 2017, Plaintiff filed a notice of settlement with JPMorgan Chase. Docket No. 9. No later than July 31, 2017, the parties shall file dismissal papers or a joint status report with respect to JPMorgan Chase.

     IT IS SO ORDERED.

     Dated: June 22, 2017

                                                    NANCY J. KOPPE
                                                  UNITED STATES MAGISTRATE JUDGE